**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kelly Branson,                                             Case No. 26-CV-00721 (JMB/ECW)

        Plaintiff,

v.                                                                              **ORDER**

Cortrust Bank,

        Defendant.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elizabeth Cowan Wright dated March 16, 2026.  (Doc. No. 6.) The R&R recommends that Plaintiff Kelly Branson's Complaint be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).  (*See id.*)  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 6) is ADOPTED.

2.      The Court dismisses this action without prejudice for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 16, 2026                                /s/ *Jeffrey M. Bryan*
                                     Judge Jeffrey M. Bryan
                                     United States District Court